ELLA SCANTLEBURY, as Administratrix of the Estate of JOHN W. SCANTLEBURY, Deceased, Respondent, *v.* I. HOWARD LEHMAN et al., as Trustees in Reorganization of SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Appellant.

Argued April 10, 1953; decided April 23, 1953.

*Edward D. Burns, William J. O'Shea* and *Addison Scoville* for appellants.

*Arthur N. Seiff* and *Benjamin H. Siff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.